

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00221-CV
_____

TOM JOYCE, APPELLANT

V.

FIVE STAR TRANSMISSION SERVICE CENTER, INC., APPELLEE

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 71,209-B; Honorable John B. Board, Presiding

July 17, 2018

## ORDER OF DISMISSAL

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is the *Joint Motion to Dismiss Appeal* filed by Appellant, Tom Joyce, and Appellee, Five Star Transmission Service Center, Inc. By this motion, the parties represent that they have reached a settlement. Without passing on the merits of the appeal, the motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Pursuant to the motion, all costs on appeal shall be taxed against the parties

incurring them.  *Id.* at 42.1(d).  Having dismissed this appeal at the parties' request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam